■ PAUL RICHARDS et al., Respondents, v MICHAEL E. MUR-RAY, Appellant. [788 NYS2d 894]—Appeal from an order of the Supreme Court, Oneida County (Anthony F. Shaheen, J.), entered November 12, 2003. The order denied defendant's motion for summary judgment and granted plaintiffs' cross motion for summary judgment in an action pursuant to RPAPL article 15.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for the reasons stated in decision at Supreme Court. Present—Pigott, Jr., P.J., Green, Hurlbutt, Kehoe and Pine, JJ.